UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PEOPLE'S CAPITAL AND LEASING CORP.,

        Case No. 11-11811

     Plaintiff,

        Honorable John Corbett O'Meara

v.

POWER-TEC MANUFACTURING, L.L.C.,

     Defendant.

_____/

### ORDER DENYING DEFENDANT'S MOTION FOR RELIEF

     This matter came before the court on Defendant's April 11, 2012 motion for relief.  Plaintiff filed a response April 20, 2012.  No oral argument was heard.

     On March 9, 2012, this court issued an order granting Plaintiff's motion for summary judgment against Defendant and enforcing the parties' stipulated order; and the case was terminated.

     Defendant filed this motion to seek relief only from the portion of the March 9 order which states Defendant must provide Plaintiff with a corporate guarantee of all of its obligations under the lease agreement between the parties.  Defendant contends that it "cannot provide such a guarantee and should not be required to provide such a guarantee."  Defendant's mot. br. at 1.

     The March 9 order, however, enforced the parties' *stipulated* order.  Defendant, represented by counsel, had ample opportunity to review its provisions before agreeing to it.  Therefore, it is hereby **ORDERED** that Defendant's motion for relief is **DENIED.**

               s/John Corbett O'Meara
               United States District Judge

Date:  September 10, 2012

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, September 10, 2012, using the ECF system and/or ordinary mail.


s/William Barkholz
Case Manager